```
                                              ┌─────────────────────────────┐
                                              │          FILED              │
                                              │       July 22, 2011         │
           UNITED STATES DISTRICT COURT FOR THE│ CLERK, US DISTRICT COURT    │
                                              │  EASTERN DISTRICT OF        │
              EASTERN DISTRICT OF CALIFORNIA  │     CALIFORNIA              │
                                              │   DEPUTY CLERK              │
                                              └─────────────────────────────┘
```

UNITED STATES OF AMERICA,           )
                                    )   Case No. 2:11-MJ-00218-GGH
       Plaintiff,        )
v.                                  )   ORDER FOR RELEASE OF
                                    )   PERSON IN CUSTODY
BRIAN C. ELLIOTT,                   )
                                    )
       Defendant.        )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRIAN C. ELLIOTT , Case No.  2:11-MJ-00218-GGH , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $__

           ____    Unsecured Appearance Bond

           ____    Appearance Bond with 10% Deposit

           ____    Appearance Bond with Surety

           ____    Corporate Surety Bail Bond

           ____    (Other) Pretrial release conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  July 22, 2011  at  2:00 PM .

                                  By   /s/ Gregory G. Hollows
                                       Gregory G. Hollows
                                       United States Magistrate Judge